LAW OFFICES OF BILL LATOUR
Bill LaTour [CSBN: 169758]
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SHERRY OLES, | No. EDCV 09-133 AN |
|    Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
|    v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
|    Defendant. | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND NINE HUNDRED DOLLARS and 00/cents ($2,900.00) as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: October 19, 2009

_____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-